### IN THE UNITED STATES BANKRUPTCY COURT FOR THE
### NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**   Lugg, Troy
Abdullah-Lugg, Nadirah
Printed: 01/06/09

Case Number:  08 B 06907
Judge:  Hollis, Pamela S
Filed:  3/24/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:       Dismissed: October 6, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 3,779.14 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,274.00 |
| Trustee Fee: |  | 160.69 |
| Other Funds: |  | 1,344.45 |
| Totals: | 3,779.14 | 3,779.14 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Glenda J Gray | Administrative | 2,274.00 | 2,274.00 |
| 2. | Indymac Bank | Secured | 0.00 | 0.00 |
| 3. | Brenda D Rohadfox | Secured | 0.00 | 0.00 |
| 4. | Indymac Bank | Secured | 29,474.61 | 0.00 |
| 5. | RRCA Account Management | Unsecured | 81.60 | 0.00 |
| 6. | United States Dept Of Education | Unsecured | 1,532.97 | 0.00 |
| 7. | Illinois Student Assistance Commission | Unsecured | 10,427.22 | 0.00 |
| 8. | United Credit Union | Unsecured | 3,726.30 | 0.00 |
| 9. | Peoples Energy Corp | Unsecured | 120.48 | 0.00 |
| 10. | American Express Centurion | Unsecured | 15.29 | 0.00 |
| 11. | Macy's | Unsecured | 39.41 | 0.00 |
| 12. | Resurgent Capital Services | Unsecured | 242.06 | 0.00 |
| 13. | ECast Settlement Corp | Unsecured | 530.41 | 0.00 |
| 14. | Northern Illinois University | Unsecured | 372.47 | 0.00 |
| 15. | Sallie Mae | Unsecured | 1,346.12 | 0.00 |
| 16. | Providian National Bank | Unsecured | 64.03 | 0.00 |
| 17. | Illinois Dept Of Employment Sec | Priority | | No Claim Filed |
| 18. | Bally Total Fitness | Unsecured | | No Claim Filed |
| 19. | Citi Cards | Unsecured | | No Claim Filed |
| 20. | C-E Office Service | Unsecured | | No Claim Filed |
| 21. | Global Payments | Unsecured | | No Claim Filed |
| 22. | Chrysler Financial Services Americas LLC | Unsecured | | No Claim Filed |
| 23. | Fremont Investment & Loan | Unsecured | | No Claim Filed |
| 24. | Global Payments | Unsecured | | No Claim Filed |
| 25. | First Financial | Unsecured | | No Claim Filed |
| 26. | Kay Jewelers | Unsecured | | No Claim Filed |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Lugg, Troy
         Abdullah-Lugg, Nadirah
         Printed: 01/06/09

Case Number:  08 B 06907
Judge:  Hollis, Pamela S
Filed:  3/24/08

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 27. | Global Payments | Unsecured | | No Claim Filed |
| 28. | HSBC | Unsecured | | No Claim Filed |
| 29. | Hinsdale Bank & Trust | Unsecured | | No Claim Filed |
| 30. | HSBC | Unsecured | | No Claim Filed |
| 31. | Global Payments | Unsecured | | No Claim Filed |
| 32. | HSBC | Unsecured | | No Claim Filed |
| 33. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 34. | Rnb Fields3 | Unsecured | | No Claim Filed |
| 35. | World Financial Network Nat'l | Unsecured | | No Claim Filed |
| 36. | United Credit Union | Unsecured | | No Claim Filed |
| 37. | Kay Jewelers | Unsecured | | No Claim Filed |
| 38. | Student Loan Marketing Assn | Unsecured | | No Claim Filed |
| 39. | University of Illinois CU | Unsecured | | No Claim Filed |
| 40. | UNVL/CITI | Unsecured | | No Claim Filed |
| 41. | Peoples Energy Corp | Unsecured | | No Claim Filed |
| 42. | World Financial Network Nat'l | Unsecured | | No Claim Filed |
| 43. | Wfnnb/Expres | Unsecured | | No Claim Filed |
| 44. | World Financial Network Nat'l | Unsecured | | No Claim Filed |
| | | | $ 50,246.97 | $ 2,274.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.6% | 160.69 |
| | $ 160.69 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

